**Opinion issued June 7, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00808-CV

———————————

## IN RE FEDEX FREIGHT, INC., Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

In this original proceeding, relator FedEx Freight, Inc. complains of the trial court's denial of FedEx's plea to the jurisdiction and related motion for summary judgment.[1] We deny relief because (and only because) a constitutional challenge remains pending below.

---

[1]  The underlying case is *James A. Wyatt v. FedEx Freight Inc.*, cause number 2017–26601, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland, presiding.

## PER CURIAM

Panel consists of Justices Higley, Brown, and Caughey.